

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file motion for en banc reconsideration is hereby GRANTED. Time is extended to July 18, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court